# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00192-CV

**In re Harris Corporation, Harris IT Services Corporation, Digital Display Networks, Inc., and 7-Eleven Inc., Relators**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators have filed a petition for writ of mandamus and motion for emergency relief. Tex. R. App. 52.8, 52.10.  We grant relators' motion for emergency relief and stay all proceedings in the trial court, pending further order of this Court.  The Court orders that the real party in interest file a response to the petition for writ of mandamus on or before April 3, 2013.

It is ordered on March 20, 2013.

Before Chief Justice Jones, Justices Goodwin and Field